IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Tiffanie Hill,<br><br>      Plaintiff,<br><br>vs.<br><br>Emerald Hospitality Associates Inc. and Ray Holley,<br><br>      Defendants. | C/A No. 0:12-cv-3011-JFA<br><br><br><br>**ORDER ON MOTION<br>TO DISMISS** |

This matter is before the Court upon the motion of the Plaintiff to dismiss her claim for negligent supervision against defendant Emerald Hospitality Associates, Inc. *See* ECF No. 17. Plaintiff originally sought leave to dismiss her claim without prejudice, but following a telephonic hearing held on December 7, 2012, the parties agreed to the dismissal of this claim with prejudice.

Accordingly, Plaintiff's claim for negligent supervision against Emerald Hospitality Associates, Inc. is hereby dismissed with prejudice. The Court expresses no opinion as to any other claims, if any, the Plaintiff may have against this defendant.

IT IS SO ORDERED.

December 7, 2012                               Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge

1