IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Tiffanie Hill,<br><br>       Plaintiff,<br><br>vs.<br><br>Emerald Hospitality Associates, Inc. and Ray Holley,<br><br>       Defendants. | C/A No. 0:12-cv-3011-JFA<br><br><br><br>**ORDER** |

      This matter came before the court on January 24, 2013, for a hearing to determine damages on the claims against the individual defendant, Ray Holley, who has failed to answer or otherwise appear in this case and is now in default.

      At the hearing, Ashley Story, representing the plaintiff, introduced documentary evidence demonstrating that the plaintiff sustained damages in the amount of $705.96 for medical treatment regarding the injuries received in this case. The plaintiff was forced to miss one week of work resulting in lost wages totaling $340. In addition to these amounts, the court determined, after reviewing the entire record in this case and hearing testimony provided before the Worker's Compensation Commission, that the plaintiff is entitled to an additional sum of $5,000 representing mental and emotional distress. It is this court's experience in trying cases of this nature to a jury that a damage award of this amount is fair and reasonable under the circumstances.

      Ms. Story represented that she had spent approximately 30 hours working on this case and requests an attorney's fee of $2,500. The court finds such a fee to be reasonable and therefore, the request is approved. Finally, plaintiff incurred a filing fee of $350 in this action, which should also

be added to the judgment.

For the foregoing reasons, judgment is awarded to the plaintiff, Tiffanie Hill, against the defendant, Ray Holley, in the amount of $6,045.96 representing actual or compensatory damages, $2,500 in attorney's fees, and $350 out-of-pocket expenses with regard to the filing fee. The Clerk will enter judgment in favor of the plaintiff for these amounts.

IT IS SO ORDERED.

*/s/ Joseph F. Anderson, Jr.*

January 25, 2013
Columbia, South Carolina

United States District Judge